B1 (Official Form 1) (12/11)

| United States Bankruptcy Court<br>Northern District of Illinois<br>Eastern Division | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Schaafsma, Philip, Anthony** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all): **xxx-xx-5317** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all): |

| Street Address of Debtor (No. & Street, City, and State):<br>**8797 Flint Lane**<br>**Orland Park, IL**　　ZIP CODE　**60462** | Street Address of Joint Debtor (No. & Street, City, and State):　　ZIP CODE |
|---|---|
| County of Residence or of the Principal Place of Business:<br>**Cook County** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):　　ZIP CODE | Mailing Address of Joint Debtor (if different from street address):　　ZIP CODE |

Location of Principal Assets of Business Debtor (if different from street address above):　　ZIP CODE

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box.) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) |
|---|---|---|
| ☑ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | ☑ Chapter 7　　☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9<br>☐ Chapter 11　☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>☐ Chapter 12<br>☐ Chapter 13 |

| **Chapter 15 Debtors**<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | **Tax-Exempt Entity**<br>(Check box, if applicable)<br><br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.) | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."　☑ Debts are primarily business debts. |
|---|---|---|

| **Filing Fee** (Check one box)<br>☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Chapter 11 Debtors**<br>Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 ( *amount subject to adjustment on 4/01/13 and every three years thereafter* ).<br>Check all applicable boxes<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1) (12/11)                                                                                    FORM B1, Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Philip Anthony Schaafsma** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location<br>Where Filed:   **NONE** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐   Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual<br>whose debts are primarily consumer debts)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X   **Not Applicable**<br>     Signature of Attorney for Debtor(s)              Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?
☐   Yes, and Exhibit C is attached and made a part of this petition.
☑   No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑   Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐   Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☑   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

**Voluntary Petition**
*(This page must be completed and filed in every case)*

## Signatures

| | |
|---|---|
| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _Philip Anthony Schaafsma_
 Signature of Debtor  **Philip Anthony Schaafsma**

X **Not Applicable**
 Signature of Joint Debtor

 Telephone Number (If not represented by attorney)

 _1-6-2012_
 Date

### Signature of Attorney

X _A. D. Kerr, Jr._
 Signature of Attorney for Debtor(s)

 **Alexander D. Kerr, Jr.  Bar No.  01450484**
 Printed Name of Attorney for Debtor(s) / Bar No.

 **Tishler & Wald, Ltd.**
 Firm Name

 **200 S. Wacker Drive Suite 3000**

 Address

 **Chicago, IL 60606**

 **312-876-3800**          **312-876-3816**
 Telephone Number

 _1-6-2012_
 Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **Not Applicable**
 Signature of Authorized Individual

 Printed Name of Authorized Individual

 Title of Authorized Individual

 Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X **Not Applicable**
 (Signature of Foreign Representative)

 (Printed Name of Foreign Representative)

 Date

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

 **Not Applicable**
 Printed Name and title, if any, of Bankruptcy Petition Preparer

 Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

 Address

X **Not Applicable**

 Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# UNITED STATES BANKRUPTCY COURT

## Northern District of Illinois

### Eastern Division

In re   __Philip Anthony Schaafsma_____          Case No. _____
                    Debtor                                              (if known)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the **180 days before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

_____
_____
_____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

**B 1D (Official Form 1, Exh. D) (12/09) – Cont.**

❏   4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

❏   Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

❏   Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

❏   Active military duty in a military combat zone.

❏   5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. ' 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:  _____

**Philip Anthony Schaafsma**

Date:  _1-6-2012_

B6 Summary (Official Form 6 - Summary) (12/07)

## United States Bankruptcy Court
## Northern District of Illinois
## Eastern Division

In re  **Philip Anthony Schaafsma**                                          ,          Case No. _____

Debtor                                                    Chapter    **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $        162,500.00 | | |
| B - Personal Property | YES | 3 | $        265,448.87 | | |
| C - Property Claimed as Exempt | YES | 2 | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $        249,650.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $               0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 33 | | $     8,639,769.68 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $          840.00 |
| J - Current Expenditures of Individual Debtor(s) | YES | 1 | | | $        6,018.00 |
| TOTAL | | 46 | $        427,948.87 | $     8,889,419.68 | |

B6A (Official Form 6A) (12/07)

In re:   **Philip Anthony Schaafsma** _____     Case No. _____
                                                                          (If known)
              **Debtor**

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **Single family residence located at 8797 Flint Lane Orland Park, IL 60462**<br><br>**(50% Beneficiary of trust under Chicago Title Land Trust Company, Trust Agreement #8589, dated 7/9/1985)** | **Beneficiary of Land Trust** (50% interest) | J | $ 162,500.00 | $ 249,650.00 |

Total   ➤   $ 162,500.00

(Report also on Summary of Schedules.)

B6B (Official Form 6B) (12/07)

In re   **Philip Anthony Schaafsma**                                              Case No. _____
                                                         **Debtor**                                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | | **Cash on hand** | | 100.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **1/2 interest at Joint Checking Account at The Private Bank - Account #567619206** | J | 218.60 |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **1/2 interest in Joint Checking at FirstMerit Bank, N.A. - Account #4982001590** | J | 238.60 |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking Account #603543004 at Standard Bank** | | 150.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **1/2 interest in one ordinary lot of household goods and furnishings including but not limited to tv, beds, tables, chairs, etc.** | J | 3,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **1/2 interest in one ordinary lot of miscellaneous books, pictures and art objects** | J | 500.00 |
| 6. Wearing apparel. | | **One ordinary lot of men's wearing apparel** | | 250.00 |
| 7. Furs and jewelry. | | **One ordinary lot of miscellaneous jewelry, including men's wedding ring** | | 500.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies.  Name insurance company of each policy and itemize surrender or refund value of each. | | **Pacific Life Insurance Policy #033920800M Beneficiary: Rita Schaafsma Cash Value:  $13,311.14 (estimated)** | | 13,311.14 |
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **Edward Jones IRA - Account #85637963 (Cash Value:  Estimated)** | | 217,030.00 |
| Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **Northwestern Mutual IRA Account #NM1-152872 (Cash Value:  Estimated)** | | 30,150.53 |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Philip Anthony Schaafsma** _____ ,   Case No. _____
                                    Debtor                                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **40% interest in SID'S GREENHOUSE AND GARDEN CENTER, INC. - company no longer in business (defunct)** | | 0.00 |
| Stock and interests in incorporated and unincorporated businesses. Itemize. | | **43% interest in SID'S LANDSCAPING, INC. - company no longer in business (defunct)** | | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | | **50% interest in 1770 LT, LLC - company no longer in business (defunct)** | | 0.00 |
| Interests in partnerships or joint ventures. Itemize. | | **50% interest in 4125 LT, LLC - company no longer in business (defunct)** | | 0.00 |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **A/R from Sid's Greenhouse and Garden Center, Inc. (company defunct - no longer in business) - $300,000** | | 0.00 |
| Accounts receivable. | | **A/R from Sid's Landscaping, Inc. (company defunct - no longer in business) - $20,000** | | 0.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re   **Philip Anthony Schaafsma**                                    Case No. _____
                              Debtor                                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested.  Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |

_____2_____ continuation sheets attached          Total   >        **$ 265,448.87**

(Include amounts from any continuation sheets
attached. Report total also on Summary of
Schedules.)

B6C (Official Form 6C) (4/10)

In re   **Philip Anthony Schaafsma**_____          Case No. _____
                        Debtor                                                   (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                             $146,450.*
☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| **1/2 interest at Joint Checking Account at The Private Bank - Account #567619206** | 735 ILCS 5/12-1001(b) | 218.60 | 218.60 |
| **1/2 interest in Joint Checking at FirstMerit Bank, N.A. - Account #4982001590** | 735 ILCS 5/12-1001(b) | 238.60 | 238.60 |
| **1/2 interest in one ordinary lot of household goods and furnishings including but not limited to tv, beds, tables, chairs, etc.** | 735ILCS 5/12-1001(b) or 100% of fair market value | 1,500.00 | 3,000.00 |
| **1/2 interest in one ordinary lot of miscellaneous books, pictures and art objects** | 735 ILCS 5/12-1001(b) | 500.00 | 500.00 |
| **Cash on hand** | 735 ILCS 5/12-1001(b) | 100.00 | 100.00 |
| **Checking Account #603543004 at Standard Bank** | 735 ILCS 5/12-1001(b) | 150.00 | 150.00 |
| **Edward Jones IRA - Account #85637963 (Cash Value:  Estimated)** | 735 ILCS 5/12-704 | 217,030.00 | 217,030.00 |
| **Northwestern Mutual IRA Account #NM1-152872 (Cash Value:  Estimated)** | 735 ILCS 5/12-704 | 30,150.53 | 30,150.53 |
| **One ordinary lot of men's wearing apparel** | 735 ILCS 5/12-1001(a),(e) | 250.00 | 250.00 |
| **One ordinary lot of miscellaneous jewelry, including men's wedding ring** | 735 ILCS 5/12-1001(b) | 500.00 | 500.00 |
| **Pacific Life Insurance Policy #033920800M Beneficiary: Rita Schaafsma Cash Value:  $13,311.14 (estimated)** | 735 ILCS 5/12-1001(h)(3) | 13,311.14 | 13,311.14 |
| **Single family residence located at 8797 Flint Lane Orland Park, IL 60462** <br><br> **(50% Beneficiary of trust under Chicago Title Land Trust Company, Trust Agreement #8589, dated 7/9/1985)** | 735 ILCS 5/12-901 | 15,000.00 | 162,500.00 |

B6C (Official Form 6C) (4/10) - Cont.

In re   **Philip Anthony Schaafsma**                                          Case No. _____

                                    Debtor                                                    (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|

* Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.

Debtor claims the balance of the $4,000.00 Pick-Up Exemption, as needed and necessary
735 ILCS 5/12-1001(b)

B6D (Official Form 6D) (12/07)

In re  **Philip Anthony Schaafsma**                                                Case No. _____
                                                                                                              **(If known)**
                          **Debtor**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐     Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 27598200197 <br><br> **FirstMerit Bank, N.A.** <br> **5665 W. 95th Street** <br> **Oak Lawn, IL 60453** | | J | **8/27/2010** <br> **Mortgage - home equity loan** <br> **Single family residence located at 8797 Flint Lane** <br> **Orland Park, IL 60462** <br><br> **(50% Beneficiary of trust under Chicago Title Land Trust Company, Trust Agreement #8589, dated 7/9/1985)** <br><br> **VALUE $162,500.00** | | X | | 249,650.00 | 87,150.00 |

0     continuation sheets
       attached

Subtotal  ➤
(Total of this page)

| | |
|---|---|
| $ 249,650.00 | $ 87,150.00 |

Total  ➤
(Use only on last page)

| | |
|---|---|
| $ 249,650.00 | $ 87,150.00 |

(Report also on Summary of Schedules)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (4/10)

In re   **Philip Anthony Schaafsma**                                          Case No. _____
                          Debtor                                                                      (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☑  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

❑  **Domestic Support Obligations**

   Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

❑  **Extensions of credit in an involuntary case**

   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

❑  **Wages, salaries, and commissions**

   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

❑  **Contributions to employee benefit plans**

   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

❑  **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

❑  **Deposits by individuals**

   Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

❑  **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

❑  **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

❑  **Claims for Death or Personal Injury While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

   * Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>1</u>  **continuation sheets attached**

B6E (Official Form 6E) (4/10) – Cont.

In re **Philip Anthony Schaafsma** _____,    Case No. _____
                                              Debtor                                                        (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | | $0.00 |

Sheet no. _1_ of _1_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | | |
|---|---|---|---|
| Subtotals ➤ (Totals of this page) | $ 0.00 | $ 0.00 | $ 0.00 |
| Total ➤ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ 0.00 | | |
| Total ➤ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. ) | | $ 0.00 | $ 0.00 |

B6F (Official Form 6F) (12/07)

In re  Philip Anthony Schaafsma                                        Case No. _____
                        Debtor                                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> A.M. Leonard <br> PO Box 816 <br> Piqua, OH 45356-0816 | | | Possible claim of business trade debt (goods and services) to Sid's Greenhouse & Garden Center, Inc. | | X | | 669.99 |
| ACCOUNT NO. <br><br> Activant <br> PO Box 671069 <br> Dallas, TX 75367-1069 | | | Possible claim of business trade debt (goods and services) to Sid's Greenhouse & Garden Center, Inc. | | X | | 221.70 |
| ACCOUNT NO. <br><br> Airgas North Central <br> PO Box 802588 <br> Chicago, IL 60680-2588 | | | Possible claim of business trade debt (goods and services) to Sid's Greenhouse & Garden Center, Inc. | | X | | 2.14 |
| ACCOUNT NO. <br><br> Amber Heating & Air Conditioning <br> 11950 S. Central Avenue <br> Alsip, IL 60803 | | | Possible claim of business trade debt (goods and services) to Sid's Greenhouse & Garden Center, Inc. | | X | | 4,290.00 |
| ACCOUNT NO. <br><br> Ameriscape, Inc. <br> PO Box 402132 <br> Atlanta, GA 30384 | | | Possible claim of business trade debt (goods and services) to Sid's Greenhouse & Garden Center, Inc. | | X | | 410.00 |

<u>32</u>   Continuation sheets attached

Subtotal  ➤  $   5,593.83

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   Philip Anthony Schaafsma _____     Case No. _____
                                    Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Aquascape <br> PO Box 2022 <br> Aurora, IL 60507-2022 | | | Possible claim of business trade debt (goods and services) to Sid's Greenhouse & Garden Center, Inc. | | X | | Unknown |
| ACCOUNT NO. <br><br> AT&T <br> PO Box 5080 <br> Carol Stream, IL 60197 | | | Possible claim of business debt (utility services) to Sid's Greenhouse & Garden Center, Inc. | | X | | Unknown |
| ACCOUNT NO. <br><br> Atlas Lift Truck <br> 5050 N. River Road <br> Schiller Park, IL 60176 | | | Possible claim of business trade debt (goods and services) to Sid's Greenhouse & Garden Center, Inc. | | X | | 104.06 |
| ACCOUNT NO. <br><br> Avanti Press <br> PO Box 67000 <br> Detroit, MI 48267-2104 | | | Possible claim of business trade debt (goods and services) to Sid's Greenhouse & Garden Center, Inc. | | X | | 1,103.74 |
| ACCOUNT NO. <br><br> Baas Greenhouses <br> 20143 S. 88th Avenue <br> Mokena, IL 60448 | | | Possible claim of business trade debt (goods and services) to Sid's Greenhouse & Garden Center, Inc. | | X | | 34,169.57 |

 __32__   Continuation sheets attached

Sheet no. _1_ of _32_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  >  $                    35,377.37

Total  >  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Philip Anthony Schaafsma**                                     Case No. _____
                                        **Debtor**                                                    **(If known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **5474-8706-0133-0857** <br><br> **Bank of America - Business Card** <br> **P.O. Box 15796** <br> **Wilmington, DE 19886-5796** | | | **Possible claim/guaranty of credit card debt to Sid's - business trade debt** | | X | | 13,721.92 |
| ACCOUNT NO. <br><br> **Bartel's Plants** <br> **8600 116th Avenue** <br> **West Olive, MI 49460** | | | **Possible claim of business trade debt (goods and services) to Sid's Greenhouse & Garden Center, Inc.** | | X | | 17,972.10 |
| ACCOUNT NO. <br><br> **Bella Flowers & Gardenhouse** <br> **7117 S. Roberts Road** <br> **Bridgeview, IL 60455** | | | **Possible claim of business trade debt (goods and services) to Sid's Greenhouse & Garden Center, Inc.** | | X | | 1,214.50 |
| ACCOUNT NO. <br><br> **Benoit Greenhouses** <br> **568 A. North 2750E Road** <br> **Kankakee, IL 60901** <br><br><br> **Benoit Greenhouses** <br> **c/o Daniel J. Hayes, Esq.** <br> **3540 N. Belt West, Suite A** <br> **Belleville, IL 62226-5975** | | | **Possible claim/guaranty of business trade debt (goods and services) to Sid's Greenhouse & Garden Center, Inc.** | | X | | 25,734.90 |

_32_  Continuation sheets attached

Sheet no. _2_ of _32_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 58,643.42

Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)



B6F (Official Form 6F) (12/07) - Cont.

In re   **Philip Anthony Schaafsma**                                      Case No. _____
                                                                              **(If known)**
                        **Debtor**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Bert J. Hybels, Inc.**<br>**3322 Grand Prairie Road**<br>**Kalamazoo, MI 49006** | | | **Possible claim of business trade debt (goods and services) to Sid's Greenhouse & Garden Center, Inc.** | | X | | 66,263.00 |
| ACCOUNT NO.<br><br>**Better Bilt Products, Inc.**<br>**PO Box 559**<br>**Addison, IL 60101** | | | **Possible claim of business trade debt (goods and services) to Sid's Greenhouse & Garden Center, Inc.** | | X | | 266.65 |
| ACCOUNT NO.<br><br>**BFG Supply**<br>**PO Box 660117**<br>**Indianapolis, IN 46266-0117** | | | **Possible claim of business trade debt (goods and services) to Sid's Greenhouse & Garden Center, Inc.** | | X | | 3,916.88 |
| ACCOUNT NO.<br><br>**Bizon Nursery**<br>**29895 S. Kinsman Road**<br>**Wilsonville, OR 97070** | | | **Possible claim of business trade debt (goods and services) to Sid's Greenhouse & Garden Center, Inc.** | | X | | 16,367.50 |
| ACCOUNT NO.<br><br>**Blair Cedar & Novelty**<br>**680 West Highway 54**<br>**Camdenton, MO 65020** | | | **Possible claim of business trade debt (goods and services) to Sid's Greenhouse & Garden Center, Inc.** | | X | | 798.18 |

___32__   Continuation sheets attached

Sheet no. _3_ of _32_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ▸ $                87,612.21

Total ▸ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  __Philip Anthony Schaafsma_____          Case No. _____
Debtor                                                                 (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Blue Thumb<br>5327 N. Michigan Avenue<br>Saginaw, MI 48604 | | | Possible claim of business trade debt (goods and services) to Sid's Greenhouse & Garden Center, Inc. | | X | | 2,472.97 |
| ACCOUNT NO.<br><br>Border Concepts, Inc.<br>PO Box 471185<br>Charlotte, NC 28247 | | | Possible claim of business trade debt (goods and services) to Sid's Greenhouse & Garden Center, Inc. | | X | | 6,739.92 |
| ACCOUNT NO.<br><br>Botanical Interest, Inc.<br>660 Compton Street<br>Broomfield, CO 80020 | | | Possible claim of business trade debt (goods and services) to Sid's Greenhouse & Garden Center, Inc. | | X | | 28.92 |
| ACCOUNT NO.<br><br>Buikema's Ace Hardware<br>1030 N. Washington Street<br>Naperville, IL 60563 | | | Possible claim of business trade debt (goods and services) to Sid's Greenhouse & Garden Center, Inc. | | X | | 71.78 |
| ACCOUNT NO.<br><br>Business Card<br>PO Box 15710<br>Wilmington, DE 19886-5710 | | | Possible claim/guaranty of business trade credit card debt (goods and services) to Sid's Greenhouse & Garden Center, Inc. | | X | | 13,710.20 |

__32__  Continuation sheets attached

Sheet no. _4_ of _32_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $                23,023.79

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   Philip Anthony Schaafsma _____   Case No. _____
                                    Debtor                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | X | | 4,630.95 |
| Caffco International PO Box 3508 Montgomery, AZ 36109 | | | Possible claim of business trade debt (goods and services) to Sid's Greenhouse & Garden Center, Inc. | | | | |
| ACCOUNT NO. | | | | | X | | 1,314.45 |
| California Floral & Home 14711 East Clark Avenue City of Industry, CA 91745 | | | Possible claim of business trade debt (goods and services) to Sid's Greenhouse & Garden Center, Inc. | | | | |
| ACCOUNT NO.   4802-1319-2063-2929 | | | | | X | | 13,059.26 |
| Capital One Bank P.O. Box 6492 Carol Stream, IL 60197-6492 | | | Possible claim/guaranty of credit card debt to Sid's - business trade debt | | | | |
| ACCOUNT NO. | | | | | X | | 12,759.73 |
| Capital One Bank Credit Cards PO Box 6492 Carol Stream, IL 60197-6492 | | | Possible claim/personal guaranty of business trade credit card debt (goods and services) to Sid's Greenhouse & Garden Center, Inc. | | | | |
| ACCOUNT NO. | | | | | X | | 600.00 |
| Carillon Advertising 20983 W. Olive Street Plainfield, IL 60544 | | | Possible claim of business trade debt (goods and advertising services) to Sid's Greenhouse & Garden Center, Inc. | | | | |

   32   Continuation sheets attached

Sheet no. 5 of 32 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ▸ $                                    32,364.39

Total ▸ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Philip Anthony Schaafsma**                                      Case No. _____
_____                          (If known)
                        **Debtor**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Castart Studios, Ltd.<br>2145 Keating Cross Road<br>Saanichton BC   V8M 2A5<br>CANADA | | | Possible claim of business trade debt (goods and services) to Sid's Greenhouse & Garden Center, Inc. | | X | | 3,080.70 |
| ACCOUNT NO.<br><br>Central Sod Farms, Inc.<br>25605 W. 111th Street<br>Plainfield, IL 60585-9542 | | | Possible claim of business trade debt (goods and services) to Sid's Greenhouse & Garden Center, Inc. | | X | | 136.40 |
| ACCOUNT NO.   11-SC-5853 Kane Cty.<br><br>Centurion, Inc.<br>645 Stevenson Road<br>South Elgin, IL 60177<br><br><br>Centurion, Inc.<br>14047 Petronella Drive<br>Suite 101<br>Libertyville, IL 60048<br><br>Centurion, Inc.<br>c/o Lawrence I. Crisanti, Esq.<br>85 Market Street<br>Elgin, IL 60123 | | | 11/08/2011<br>Possible claim/guaranty of business trade debt (goods and services) to Sid's Greenhouse & Garden Center, Inc. | | X | | 702.54 |
| ACCOUNT NO.<br><br>Ceramo Company, Inc.<br>PO Drawer 485<br>Jackson, MO 63755-0485 | | | Possible claim of business trade debt (goods and services) to Sid's Greenhouse & Garden Center, Inc. | | X | | 681.65 |

_32_  Continuation sheets attached

Sheet no. _6_ of _32_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $                                    **4,601.29**

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Philip Anthony Schaafsma**                                            Case No. _____
                                                            Debtor                                                  (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Chase Card Services**<br>PO Box 15153<br>Wilmington, DE 19886-5153 | | | Possible claim/personal guaranty of business trade credit card debt (goods and services) to Sid's Greenhouse & Garden Center, Inc. | | X | | 16,726.33 |
| ACCOUNT NO.  **4417-1280-0695-1279**<br><br>**Chase Card Services**<br>P.O. Box 15153<br>Wilmington, DE 19886-5153 | | | Possible claim/guaranty of credit card debt to Sid's - business trade debt | | X | | 18,446.37 |
| ACCOUNT NO.<br><br>**Chicago Title Land Trust**<br>171 N. Clark Street, Suite 575<br>Chicago, IL 60601 | | | Possible claim of business trade debt (services) to Sid's Greenhouse & Garden Center, Inc. | | X | | 785.00 |
| ACCOUNT NO.<br><br>**Chicago Tribune**<br>14839 Collections Center Drive<br>Chicago, IL 60693-0148 | | | Possible claim of business trade debt (goods and services) to Sid's Greenhouse & Garden Center, Inc. | | X | | 13,659.63 |
| ACCOUNT NO.<br><br>**Chicagoland Gardening**<br>PO Box 208<br>Downers Grove, IL 60515 | | | Possible claim of business trade debt (goods and services) to Sid's Greenhouse & Garden Center, Inc. | | X | | 18.75 |

_32_  Continuation sheets attached

Sheet no. _7_ of _32_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $                49,636.08

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    Philip Anthony Schaafsma _____    Case No. _____
Debtor    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>City of Palos Hills<br>10335 S. Roberts Road<br>Palos Hills, IL 60465 | | | Possible claim of business debt (utility/water services) to Sid's Greenhouse & Garden Center, Inc. | | X | | Unknown |
| ACCOUNT NO.<br><br>Commerce Corporation<br>PO Box 64384<br>Baltimore, MD 21264-4384 | | | Possible claim of business trade credit card debt (goods and services) to Sid's Greenhouse & Garden Center, Inc. | | X | | 99,151.34 |
| ACCOUNT NO.<br><br>Commonwealth Edison Company<br>Legal Revenue Recovery/CLaims Dept.<br>Three Lincoln Center<br>Oakbrook Terrace, IL 60181<br><br>Commonwealth Edison<br>PO Box 6111<br>Carol Stream, IL 60197 | | | Possible claim of business debt (utility services) to Sid's Greenhouse & Garden Center, Inc. | | X | | 122.53 |
| ACCOUNT NO.<br><br>Compacted Hort. Nutrients<br>PO Box 991<br>Downers Grove, IL 60515 | | | Possible claim of business trade debt (goods and services) to Sid's Greenhouse & Garden Center, Inc. | | X | | 800.00 |
| ACCOUNT NO.<br><br>Conserv FS Inc.<br>97791 Eagle Way<br>Chicago, IL 60678 | | | Possible claim of business trade debt (goods and services) to Sid's Greenhouse & Garden Center, Inc. | | X | | 306.90 |

32  Continuation sheets attached

Sheet no.  8 of 32 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ▶  $                    100,380.77

Total ▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Philip Anthony Schaafsma**                                   Case No. _____

_____
Debtor                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | X | | 953.42 |
| **Copier Dynamics**<br>**3452 W. 159th Street**<br>**Markham, IL 60426** | | | Possible claim of business trade debt (goods and services) to Sid's Greenhouse & Garden Center, Inc. | | | | |
| ACCOUNT NO. | | | | | X | | 8,951.49 |
| **Cottage Gardens, Inc.**<br>**4992 Middle Ridge Road**<br>**Peryr, OH 44081** | | | Possible claim of business trade debt (goods and services) to Sid's Greenhouse & Garden Center, Inc. | | | | |
| ACCOUNT NO. | | | | | X | | 7,519.62 |
| **Countryside Nursery**<br>**13200 SW Wilsonville Road**<br>**Wilsonville, OR 97070** | | | Possible claim of business trade debt (goods and services) to Sid's Greenhouse & Garden Center, Inc. | | | | |
| ACCOUNT NO. | | | | | X | | 247.33 |
| **Darice Inc.**<br>**4446 Solutions Center**<br>**Chicago, IL 60677-4004** | | | Possible claim of business trade debt (goods and services) to Sid's Greenhouse & Garden Center, Inc. | | | | |
| ACCOUNT NO. | | | | | X | | 430.00 |
| **David Jensen Construction**<br>**1481 Plainfield Road**<br>**Oswego, IL 60543** | | | Possible claim of business trade debt (goods and services) to Sid's Greenhouse & Garden Center, Inc. | | | | |

_32_   Continuation sheets attached

Sheet no. _9_ of _32_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤  $                18,101.86

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Philip Anthony Schaafsma**                                    Case No. _____
                          **Debtor**                                                        **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | X | | 1,395.83 |
| Direct Energy PO Box 70220 Philadelphia, PA 19176 | | | Possible claim of business debt (utility services) to Sid's Greenhouse & Garden Center, Inc. | | | | |
| ACCOUNT NO. | | | | | X | | 55.42 |
| Duke's Ace Hardware 5634 W. 87th Street Burbank, IL 60459 | | | Possible claim of business trade debt (goods and services) to Sid's Greenhouse & Garden Center, Inc. | | | | |
| ACCOUNT NO. | | | | | X | | 8,056.60 |
| Early Bloom 2847 Dietz Road Williamston, MI 48895 | | | Possible claim of business trade debt (goods and services) to Sid's Greenhouse & Garden Center, Inc. | | | | |
| ACCOUNT NO. | | | | | X | | 135.38 |
| Erva Tool & Die Co. 3100 W. Grand Avenue Chicago, IL 60622 | | | Possible claim of business trade debt (goods and services) to Sid's Greenhouse & Garden Center, Inc. | | | | |
| ACCOUNT NO. | | | | | X | | 128.00 |
| Evergreen Research PO Box 231002 Encinatas, CA 92023 | | | Possible claim of business trade debt (goods and services) to Sid's Greenhouse & Garden Center, Inc. | | | | |

_32_   Continuation sheets attached

Sheet no. _10_ of _32_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                     **9,771.23**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Philip Anthony Schaafsma** _____   Case No. _____
Debtor   (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Evergreen Sales Company <br> 1969 N. Lake Terrace <br> Glenview, IL 60026 | | | Possible claim of business trade debt (goods and services) to Sid's Greenhouse & Garden Center, Inc. | | X | | 5,966.26 |
| ACCOUNT NO. <br><br> Fairdale Nursery <br> 13200 S. Wilsonville Road <br> Wilsonville, OR 97070 | | | Possible claim of business trade debt (goods and services) to Sid's Greenhouse & Garden Center, Inc. | | X | | 1,337.40 |
| ACCOUNT NO. <br><br> Fairview Evergreen Nursery <br> PO Box E <br> Fairview, PA 16415 | | | Possible claim of business trade debt (goods and services) to Sid's Greenhouse & Garden Center, Inc. | | X | | 1,833.93 |
| ACCOUNT NO. <br><br> Fairy Gardening, Inc. <br> 2880 14th Street SE <br> Loveland, CO 80537 | | | Possible claim of business trade debt (goods/services) to Sid's Greenhouse & Garden Center, Inc. | | X | | 321.86 |
| ACCOUNT NO. <br><br> Four Star Sales, LLC <br> 1015 Indian Trails <br> Carleton, MI   48117 | | | Possible claim of business trade debt (goods and services) to Sid's Greenhouse & Garden Center, Inc. | | X | | 5,607.50 |

_32_  Continuation sheets attached

Sheet no. _11_ of _32_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $ 15,066.95

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Philip Anthony Schaafsma                                          Case No. _____
                              Debtor                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>G&E Greenhouses<br>PO Box 427<br>Elburn, IL 60119 | | | Possible claim of business trade debt (goods and services) to Sid's Greenhouse & Garden Center, Inc. | | X | | 4,796.50 |
| ACCOUNT NO.<br><br>Gardenworld<br>PO Box 14124<br>St. Paul, MN 55114 | | | Possible claim of business trade debt (goods and services) to Sid's Greenhouse & Garden Center, Inc. | | X | | 3,528.34 |
| ACCOUNT NO.<br><br>Giftcraft<br>351 Lang Boulevard<br>Grand Island, NY 14072-3123 | | | Possible claim of business trade debt (goods and services) to Sid's Greenhouse & Garden Center, Inc. | | X | | Unknown |
| ACCOUNT NO.<br><br>Great American Leasing<br>PO Box 660831<br>Dallas, TX 75266-0831 | | | Possible claim of business trade debt (goods/services) to Sid's Greenhouse & Garden Center, Inc. | | X | | 120.17 |
| ACCOUNT NO.<br><br>Green Glen Nursery<br>2413 Laraway Road<br>Joliet, IL 60433 | | | Possible claim of business trade debt (goods and services) to Sid's Greenhouse & Garden Center, Inc. | | X | | 10,604.00 |

_32_  Continuation sheets attached

Sheet no. _12_ of _32_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 19,049.01

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   Philip Anthony Schaafsma _____   Case No. _____
Debtor   (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | X | | 1,580.00 |
| H & E Associates 1011 Game Farm Road Yorkville, IL 60560 | | | Possible claim of business trade debt (goods and services) to Sid's Greenhouse & Garden Center, Inc. | | | | |
| ACCOUNT NO. | | | | | X | | 212.05 |
| Health Concepts LLC P.O. Box 644006 Cincinnati, OH 45264-4006 | | | Possible claim of business trade debt (health insurance/services) to Sid's Greenhouse & Garden Center, Inc. | | | | |
| ACCOUNT NO. | | | | | X | | 16,527.00 |
| Herman Losely & Sons, Inc. 3410 Shepard Road Perry, OH 44081 | | | Possible claim of business trade debt (goods and services) to Sid's Greenhouse & Garden Center, Inc. | | | | |
| ACCOUNT NO. | | | | | X | | 1,223.40 |
| Hilltop Gardens 7461 Buchanan Street Allendale, MI 49401 | | | Possible claim of business trade debt (goods and services) to Sid's Greenhouse & Garden Center, Inc. | | | | |
| ACCOUNT NO. | | | | | X | | 6,385.96 |
| Iseli Nursery, Inc. 36518 Treasury Center Chicago, IL 60694-6500 | | | Possible claim of business trade debt (goods and services) to Sid's Greenhouse & Garden Center, Inc. | | | | |

_32_  Continuation sheets attached

Sheet no. _13_ of _32_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ► $   25,928.41

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Philip Anthony Schaafsma**                                    Case No. _____
                              Debtor                                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | X | | 1,994.00 |
| J&A Imports 1512 E. Gustavus Street Laredo, TX 78040 | | | Possible claim of business trade debt (goods and services) to Sid's Greenhouse & Garden Center, Inc. | | | | |
| ACCOUNT NO. | | | | | X | | 60.00 |
| Kaknes Landscape Supply 31 W. 545 Diehl Road Naperville, IL 60563 | | | Possible claim of business trade debt (goods and services) to Sid's Greenhouse & Garden Center, Inc. | | | | |
| ACCOUNT NO. | | | | | X | | 1,515.50 |
| Kankakee Nursery Co. PO Box 288 Aroma Park, IL 60910 | | | Possible claim of business trade debt (goods and services) to Sid's Greenhouse & Garden Center, Inc. | | | | |
| ACCOUNT NO. | | | | | X | | 114.29 |
| Kay Berry 6301 N. Noah Drive Saxonburg, PA 16056 | | | Possible claim of business trade debt (goods and services) to Sid's Greenhouse & Garden Center, Inc. | | | | |
| ACCOUNT NO. | | | | | X | | 6,642.45 |
| Kingsbury Acres, LLC 20601 S. LaGrange Frankfort, IL 60423 | | | Possible claim of business trade debt (goods and services) to Sid's Greenhouse & Garden Center, Inc. | | | | |

_32_  Continuation sheets attached

Sheet no. _14_ of _32_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $                10,326.24

Total  ➢  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   Philip Anthony Schaafsma                                        Case No. _____
                        Debtor                                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Kloubec Koi Farm 1375 Baxter Avenue, NW Amana, IA 52203 | | | Possible claim of business trade debt (goods and services) to Sid's Greenhouse & Garden Center, Inc. | | X | | 9,009.70 |
| ACCOUNT NO. | | | | | | | |
| Klyn Nursery Inc. PO Box 343 Perry, OH 44081 | | | Possible claim of business trade debt (goods and services) to Sid's Greenhouse & Garden Center, Inc. | | X | | 5,192.50 |
| ACCOUNT NO. | | | | | | | |
| Lake Valley Seed 5717 Arapaho Avenue Boulder, CO 80303 | | | Possible claim of business trade debt (goods and services) to Sid's Greenhouse & Garden Center, Inc. | | X | | 1,537.23 |
| ACCOUNT NO. | | | | | | | |
| Lion Ribbon Co. PO Box 8500 Philadelphia, PA 19178-1881 | | | Possible claim of business trade debt (goods and services) to Sid's Greenhouse & Garden Center, Inc. | | X | | 1,653.47 |
| ACCOUNT NO. | | | | | | | |
| Lotus International Inc. 5 Dairy Park Road Athens, GA 30607 | | | Possible claim of business trade debt (goods and services) to Sid's Greenhouse & Garden Center, inc. | | X | | 42,513.34 |

32   Continuation sheets attached

Sheet no. 15 of 32 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ► $                    59,906.24

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Philip Anthony Schaafsma**                                    Case No. _____
                        Debtor                                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**Lutz Corporation** <br>**208 North Parkside Road** <br>**Normal, IL 61761** | | | Possible claim of business trade debt (goods/services) to Sid's Greenhouse & Garden Center, Inc. | | X | | 300.00 |
| ACCOUNT NO. <br><br>**Macke Water Systems** <br>**PO Box 545** <br>**Wheeling, IL 60090-0545** | | | Possible claim of business trade debt (goods and services) to Sid's Greenhouse & Garden Center, Inc. | | X | | 258.82 |
| ACCOUNT NO. <br><br>**Maday's Greenhouses** <br>**2222 E. Richton Road** <br>**Crete, IL 60417** | | | Possible claim of business trade debt (goods and services) to Sid's Greenhouse & Garden Center, Inc. | | X | | 3,709.25 |
| ACCOUNT NO. <br><br>**Mains Importing** <br>**231 Uran Street** <br>**Hillsdale, MI 49242** | | | Possible claim of business trade debt (goods and services) to Sid's Greenhouse & Garden Center, Inc. | | X | | 2,302.85 |
| ACCOUNT NO. <br><br>**McHutchinson LLC** <br>**PO Box 92170** <br>**Elk Grove Village, IL 60009** | | | Possible claim of business trade debt (goods and services) to Sid's Greenhouse & Garden Center, Inc. | | X | | 12,412.75 |

____32____ Continuation sheets attached

Sheet no. _16_ of _32_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $                    18,983.67

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Philip Anthony Schaafsma _____          Case No. _____
                                    Debtor                                      (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Melrose International <br> 1400 N. 30th Street <br> Suite 22 <br> Quincy, IL 62305 | | | Possible claim of business trade debt (goods and services) to Sid's Greenhouse & Garden Center, Inc. | | X | | 725.07 |
| ACCOUNT NO <br><br> Michigan Commercial Insurance Mutual <br> PO Box 80740 <br> Lansing, MI 48908-0740 | | | Possible claim of business trade debt (health insurance/services) to Sid's Greenhouse & Garden Center, Inc. | | X | | 7,726.00 |
| ACCOUNT NO. <br><br> Mid-Atlantic Pottery, Inc. <br> 33 Industrial Park Drive <br> Waldorf, MD 20602-2708 | | | Possible claim of business trade debt (goods and services) to Sid's Greenhouse & Garden Center, Inc. | | X | | 9,494.92 |
| ACCOUNT NO. <br><br> Midwest Trading <br> PO Box 398 <br> Maple Park, IL 60151 | | | Possible claim of business trade debt (goods and services) to Sid's Greenhouse & Garden Center, Inc. | | X | | 4,092.88 |
| ACCOUNT NO <br><br> Mighty Company <br> 25 Ionia Avenue SW <br> Suite 509 <br> Grand Rapids, MI 49503-4179 | | | Possible claim of business trade debt (goods and services) to Sid's Greenhouse & Garden Center, Inc. | | X | | 212.00 |

32  Continuation sheets attached

Sheet no. 17 of 32 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $                                    22,250.87

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   Philip Anthony Schaafsma                                    Case No. _____
                        Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Mike Nowak LLC <br> 3512 W. McLean Avenue <br> Chicago, IL 60647 | | | Possible claim of business debt (goods and services) to Sid's Greenhouse & Garden Center, Inc. | | X | | 2,210.00 |
| ACCOUNT NO. <br><br> Mister Landscaper <br> PO Box 1849 <br> Dundee, FL 33838-1849 | | | Possible claim of business trade debt (goods and services) to Sid's Greenhouse & Garden Center, Inc. | | X | | 835.71 |
| ACCOUNT NO. <br><br> Montale Gardens <br> 25865 W. Ivanhoe Road <br> Wauconda, IL 60084 | | | Possible claim of business trade debt (goods and services) to Sid's Greenhouse & Garden Center, Inc. | | X | | 11,404.46 |
| ACCOUNT NO. <br><br> Morning Dew Tropical Pl. <br> 601 N. Congress Avenue #436 <br> Delray Beach, FL 33445 | | | Possible claim of business trade debt (goods and services) to Sid's Greenhouse & Garden Center, Inc. | | X | | 15,311.30 |
| ACCOUNT NO. <br><br> Nature Creations <br> 5584 E. Gadde Gridge Lane <br> Onley, IL 62450 | | | Possible claim of business trade debt (goods and services) to Sid's Greenhouse & Garden Center, Inc. | | X | | 1,536.25 |

　　　32　Continuation sheets attached

Sheet no. 18 of 32 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ▶ $                                31,297.72

Total ▶ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   Philip Anthony Schaafsma                              Case No. _____
                                    Debtor                                                (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Nelson & Holmberg<br>24254 W. 111th Street<br>Naperville, IL 60564 | | | Possible claim of business trade debt (goods and services) to Sid's Greenhouse & Garden Center, Inc. | | X | | 512.60 |
| ACCOUNT NO.<br><br>Netherland Bulb Company<br>13 McFadden Road<br>Easton, PA 18045 | | | Possible claim of business trade debt (goods and services) to Sid's Greenhouse & Garden Center, Inc. | | X | | 5,681.23 |
| ACCOUNT NO.<br><br>Nicor Gas<br>PO Box 0632<br>Aurora, IL 60507-0632 | | | Possible claim of business debt (utility services) to Sid's Greenhouse & Garden Center, Inc. | | X | | 686.70 |
| ACCOUNT NO.<br><br>Northland Floral, Inc.<br>1703 S. Services Road<br>St. Catherines, ON  L2R  6P9<br>CANADA | | | Possible claim of business trade debt (goods and services) to Sid's Greenhouse & Garden Center, Inc. | | X | | 9,413.60 |
| ACCOUNT NO.<br><br>Old World Gardens, Inc.<br>81122 CR 687<br>Hortford, MI 49057 | | | Possible claim of business trade debt (goods and services) to Sid's Greenhouse & Garden Center, Inc. | | X | | 2,180.70 |

____32___ Continuation sheets attached

Sheet no. _19_ of _32_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ▸ $                18,474.83

Total ▸ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re __Philip Anthony Schaafsma_____          Case No. _____
                        Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Olsen Distributions Co. <br> 969 N. Pepper Road <br> Barrington, IL 60010 | | | Possible claim of business trade debt (goods and services) to Sid's Greenhouse & Garden Center, Inc. | | X | | 463.56 |
| ACCOUNT NO. <br><br> Oosterhoff Groundcover <br> 2502 S. 8000 East Road <br> St. Anne, IL 60964 | | | Possible claim of business trade debt (goods and services) to Sid's Greenhouse & Garden Center, Inc. | | X | | 2,684.00 |
| ACCOUNT NO. <br><br> Paetec <br> PO Box 3177 <br> Cedar Rapids, IA 52406-3177 | | | Possible claim of business trade debt (goods/services) to Sid's Greenhouse & Garden Center, Inc. | | X | | 2,841.28 |
| ACCOUNT NO. <br><br> Panacea Products <br> PO Box 951556 <br> Cleveland, OH 44193 | | | Possible claim of business trade debt (goods and services) to Sid's Greenhouse & Garden Center, Inc. | | X | | 2,000.00 |
| ACCOUNT NO. 1970566-005 <br><br> Pitney Bowes Global Financial Services, LLC <br> PO Box 371887 <br> Pittsburgh, PA 15250-7887 | | | 08/10/2011 <br> Possible claim/guaranty of business trade debt on leased equipment (postage meter) to Sid's Greenhouse & Garden Center, Inc. | | X | | 2,123.00 |

__32__ Continuation sheets attached

Sheet no. _20_ of _32_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $      10,111.84

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  __Philip Anthony Schaafsma_____   Case No. _____
　　　　　　　　　　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Plant Care Science<br>11571 K-Tel Drive<br>Minnetonka, MN 55343** | | | **Possible claim of business trade debt (goods and services) to Sid's Greenhouse & Garden Center, Inc.** | | X | | 1,466.99 |
| ACCOUNT NO.<br><br>**Playnetwork<br>8727 148th Avenue NE<br>Redmond, WA 98052-3486** | | | **Possible claim of business trade debt (health insurance/services) to Sid's Greenhouse & Garden Center, Inc.** | | X | | 179.70 |
| ACCOUNT NO.<br><br>**Praxair Distribution<br>Dept. CH 10660<br>Palatine, IL 60055-0660** | | | **Possible claim of business trade debt (goods and services) to Sid's Greenhouse & Garden Center, Inc.** | | X | | 103.39 |
| ACCOUNT NO.<br><br>**Premier Pottery Imports<br>1790 Des Plaines Avenue<br>Forest Park, IL 60130** | | | **Possible claim of business trade debt (goods and services) to Sid's Greenhouse & Garden Center, Inc.** | | X | | 2,289.20 |

　__32__  Continuation sheets attached

Sheet no. __21__ of __32__ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 4,039.28

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   Philip Anthony Schaafsma _____     Case No. _____
                                    Debtor                                         (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   11-cv-471 <br><br> **Prince Corporation** <br> **Attn: Dennis Wessel, President** <br> **8351 County Road H East** <br> **Marshfield, WI 54449** <br><br> **Rose & deJong, S.C.** <br> **Attn: Jennifer Geller Baumann** <br> **161 S. First Street, Suite 400** <br> **Milwaukee, WI 53204** | | | 10/18/2011 <br><br> **Possible claim/guaranty of business trade debt to Sid's Greenhouse & Garden Center, Inc.** <br><br> **(Suit pending in Circuit Court of Wood County, WI, Case #11 CV 471))** | | X | | 116,783.24 |
| ACCOUNT NO. <br><br> **Quality Alarm** <br> **5532 Cal-Sag Road** <br> **Alsip, IL 60803** | | | **Possible claim of business trade debt (goods and services) to Sid's Greenhouse & Garden Center, Inc.** | | X | | 2,697.00 |
| ACCOUNT NO. <br><br> **Rainbow Tree Care** <br> **P.O. Box 1575** <br> **Minneapolis, MN 55480-1575** | | | **Possible claim of business trade debt (health insurance/services) to Sid's Greenhouse & Garden Center, Inc.** | | X | | 1,598.19 |
| ACCOUNT NO. <br><br> **Regency International** <br> **11 East 26th Street** <br> **New York, NY 10010** | | | **Possible claim of business trade debt (health insurance/services) to Sid's Greenhouse & Garden Center, Inc.** | | X | | 1,719.94 |

  32   Continuation sheets attached

Sheet no. 22 of 32 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $       122,798.37

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re __Philip Anthony Schaafsma_____     Case No. _____
                                    Debtor                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 274.26 |
| Regional News 12243 S. Harlem Avenue Palos Heights, IL 60463 | | | Possible claim of business trade debt (advertising services) to Sid's Greenhouse & Garden Center, Inc. | | X | | |
| ACCOUNT NO. | | | | | | | 41,653.61 |
| Rolf C. Hagen PO Box 415793 Boston, MA 02241-5793 | | | Possible claim of business trade debt (goods and services) to Sid's Greenhouse & Garden Center, Inc. | | X | | |
| ACCOUNT NO. | | | | | | | 201.80 |
| Rome Industries, Inc. 1703 W. Detweiller Drive Peoria, IL 61615 | | | Possible claim of business trade debt (goods and services) to Sid's Greenhouse & Garden Center, Inc. | | X | | |
| ACCOUNT NO. | | | | | | | 443.00 |
| Rosehill Creek Nursery 12249 W. Delaney Road Manhattan, IL 60442 | | | Possible claim of business trade debt (goods and services) to Sid's Greenhouse & Garden Center, Inc. | | X | | |
| ACCOUNT NO. | | | | | | | Unknown |
| Santana Energy 425 Quadrangle Drive Suite 200 Bolingbrook, IL 60440 | | | Possible claim of business debt (utility services) to Sid's Greenhouse & Garden Center, Inc. | | X | | |

__32__  Continuation sheets attached

Sheet no. __23__ of __32__ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤  $                42,572.67

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Philip Anthony Schaafsma**                                    Case No. _____
                                    Debtor                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | X | | 765.00 |
| **Schaaf Equipment** **8657 S. Beloit Avenue** **Bridgeview, IL 60455** | | | Possible claim of business trade debt (goods and services) to Sid's Greenhouse & Garden Center, Inc. | | | | |
| ACCOUNT NO. | | | | | X | | 9,857.50 |
| **Schaafsma Sod Farm** **9444 A East 4500 S Road** **St. Anne, IL 60964** | | | Possible claim of business trade debt (goods and services) to Sid's Greenhouse & Garden Center, Inc. | | | | |
| ACCOUNT NO. | | | | | X | | 2,902.50 |
| **Schaefer Greenhouses** **PO Box 1595** **Aurora, IL 60507** | | | Possible claim of business trade debt (goods and services) to Sid's Greenhouse & Garden Center, Inc. | | | | |
| ACCOUNT NO. | | | | | X | | 5,402.00 |
| **Schiedel Nursery** **11410 Fargo Road, NE** **Aurora, OR  97002** | | | Possible claim of business trade debt (goods and services) to Sid's Greenhouse & Garden Center, Inc. | | | | |
| ACCOUNT NO. | | | | | X | | 1,048.61 |
| **Schroeder Material** **10800 Southwest Highway** **Worth, IL 60482** | | | Possible claim of business trade debt (goods and services) to Sid's Greenhouse & Garden Center, Inc. | | | | |

_32_  Continuation sheets attached

Sheet no. _24_ of _32_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                    19,975.61

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Philip Anthony Schaafsma**                                                Case No. _____
                                          Debtor                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Sheridan Nurseries, Ltd.<br>12302 10th RR4<br>Georgetown, ON   L7G 4S7<br>CANADA | | | Possible claim of business trade debt (goods and services) to Sid's Greenhouse & Garden Center, Inc. | | X | | 8,548.82 |
| ACCOUNT NO.<br><br>Sid's Landscaping, Inc.<br>10900 Southwest Highway<br>Palos Hills, IL 60465 | | | Possible claim of business trade debt (goods and services) to Sid's Greenhouse & Garden Center, Inc. | | X | | 34,399.30 |
| ACCOUNT NO.<br><br>Siemer Enterprises<br>PO Box 760<br>Teutopolis, IL 62467 | | | Possible claim of business trade debt (goods and services) to Sid's Greenhouse & Garden Center, Inc. | | X | | 10,040.85 |
| ACCOUNT NO.<br><br>Southern Foliage Inc.<br>14130 Smtih Sundy Road<br>Delray Beach, FL 33446 | | | Possible claim of business trade debt (goods and services) to Sid's Greenhouse & Garden Center, Inc. | | X | | 7,825.55 |
| ACCOUNT NO.<br><br>State By State Gardening<br>PO Box 13070<br>Ruston, LA 71273 | | | Possible claim of business trade debt (goods and services) to Sid's Greenhouse & Garden Center, Inc. | | X | | 4,455.00 |

_32_   Continuation sheets attached

Sheet no. _25_ of _32_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                    65,269.52

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Philip Anthony Schaafsma**                                           Case No. _____
                              Debtor                                                         (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | X | | 47.22 |
| Stoney Creek 4385 E. 110th Grant, MI 49327 | | | Possible claim of business trade debt (goods and services) to Sid's Greenhouse & Garden Center, Inc. | | | | |
| ACCOUNT NO. | | | | | X | | 5,262.00 |
| Sunleaf Nursery 5900 North Ridge Road Madison, OH 44057 | | | Possible claim of business trade debt (goods and services) to Sid's Greenhouse & Garden Center, Inc. | | | | |
| ACCOUNT NO. | | | | | X | | 4,889.37 |
| Syngenta Seeds, Inc. 4343 Commerce Court Lisle, IL 60532 | | | Possible claim of business trade debt (goods and services) to Sid's Greenhouse & Garden Center, Inc. | | | | |
| ACCOUNT NO. | | | | | X | | 2,390.50 |
| Talon Terra, LLC 3999 E. Hupp Road - Bldg. R-2-6 LaPorte, IN 46350 | | | Possible claim of business trade debt (goods and services) to Sid's Greenhouse & Garden Center, Inc. | | | | |
| ACCOUNT NO. | | | | | X | | 2,445.58 |
| Ted's Greenhouses 16930 S. 84th Avenue Tinley Park, IL 60477 | | | Possible claim of business trade debt (goods and services) to Sid's Greenhouse & Garden Center, Inc. | | | | |

_32_   Continuation sheets attached

Sheet no. _26_ of _32_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ▷  $                    **15,034.67**

Total ▷  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    Philip Anthony Schaafsma                                    Case No. _____
                                    Debtor                                      (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | X | | 2,205.06 |
| The ALPS Group PO Box 427 Frankfort, IL 60423 | | | Possible claim/guaranty of business trade debt to Sid's Greenhouse & Garden Center, Inc. | | | | |
| ACCOUNT NO. | X | | | | X | | 7,600,000.00 |
| The Private Bank Attn: Mark Fecht 70 West Madison Chicago, IL 60602 | | | Possible claim/personal guarantees of business loans to Sid's Landscaping & Sid's Greenhouse & Garden Center | | | | |
| ACCOUNT NO. | | | | | X | | 24,464.18 |
| The Roy Houff Company 6200 S. Oak Park Avenue Chicago, IL 60638 | | | Possible claim of business trade debt (goods and services) to Sid's Greenhouse & Garden Center, Inc. | | | | |
| ACCOUNT NO. | | | | | X | | 2,397.60 |
| The Tree Connection 4168 Oaktree Circle Rochester, MI 48306 | | | Possible claim of business trade debt (goods and services) to Sid's Greenhouse & Garden Center, Inc. | | | | |
| ACCOUNT NO. | | | | | X | | 2,114.15 |
| Thompson & Morgan PO Box 3587 Lawrenceburg, IN 47025 | | | Possible claim of business trade debt (goods and services) to Sid's Greenhouse & Garden Center, Inc. | | | | |

32   Continuation sheets attached

Sheet no. 27 of 32 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ► $     7,631,180.99

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Philip Anthony Schaafsma**                                Case No. _____
                        **Debtor**                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Tim Wallace Landscaping Supply<br>PO Box 277<br>Plainfield, IL 60544 | | | Possible claim of business trade debt (goods and services) to Sid's Greenhouse & Garden Center, Inc. | | X | | 63.44 |
| ACCOUNT NO.<br><br>Tire Services<br>11111 Southwest Highway<br>Palos Hills, IL 60465 | | | Possible claim of business trade debt (goods and services) to Sid's Greenhouse & Garden Center, Inc. | | X | | 4,740.64 |
| ACCOUNT NO.<br><br>Town & Country Landscape Supply<br>3900 W. 167th Street<br>Markham, IL 60428<br><br><br>Town & Country Landscape Supply<br>PO Box 215-W<br>Bedford Park, IL 60499 | | | Possible claim of business trade debt (goods and services) to Sid's Greenhouse & Garden Center, Inc. | | X | | 1,008.45 |
| ACCOUNT NO.<br><br>Transpac Imports, Inc.<br>5337 Reliable Parkway<br>Chicago, IL 60686-0053 | | | Possible claim of business trade debt (goods and services) to Sid's Greenhouse & Garden Center, Inc. | | X | | 4,144.94 |
| ACCOUNT NO.<br><br>Tree World<br>4466 Stalashen Drive<br>Sechelt, BC   V0N 3A1<br>CANADA | | | Possible claim of business trade debt (goods and services) to Sid's Greenhouse & Garden Center, Inc. | | X | | 584.46 |

_32_  Continuation sheets attached

Sheet no. _28_ of _32_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                          10,541.93

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Philip Anthony Schaafsma** _____   Case No. _____
_____ **Debtor**                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**True Value**<br>**3761 Collection Center Drive**<br>**Chicago, IL 60693** | | | Possible claim of business trade debt (goods and services) to Sid's Greenhouse & Garden Center, Inc. | | X | | Unknown |
| ACCOUNT NO.<br><br>**Twin Springs Nursery, Inc.**<br>**20894 Arbor Grove Road, NE**<br>**St. Paul, OR 97137** | | | Possible claim of business trade debt (goods and services) to Sid's Greenhouse & Garden Center, Inc. | | X | | 8,908.75 |
| ACCOUNT NO.<br><br>**Twixwood Nursery**<br>**PO Box 247**<br>**Berrien Springs, MI 49103-0247** | | | Possible claim of business trade debt (goods and services) to Sid's Greenhouse & Garden Center, Inc. | | X | | 15,030.54 |
| ACCOUNT NO.<br><br>**United Propane & Energy**<br>**3805 Clearview Court**<br>**Gurnee, IL 60031** | | | Possible claim of business trade debt (goods and services) to Sid's Greenhouse & Garden Center, Inc. | | X | | 2,813.69 |
| ACCOUNT NO.<br><br>**Valley View Industries**<br>**13834 S. Kostner**<br>**Crestwood, IL 60445** | | | Possible claim of business trade debt (goods and services) to Sid's Greenhouse & Garden Center, Inc. | | X | | 599.50 |

<u>32</u>   Continuation sheets attached

Sheet no. <u>29</u> of <u>32</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ►  $   **27,352.48**

Total  ►  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Philip Anthony Schaafsma**  _____                 Case No. _____

_____                                           (If known)

**Debtor**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | X | | 5,032.20 |
| Van Bloem Gardens PO Box 550 Meridian, MS 39302-0550 | | | Possible claim of business trade debt (goods and services) to Sid's Greenhouse & Garden Center, Inc. | | | | |
| ACCOUNT NO.  226876 | | | 10/25/2011 | | X | | 4,597.61 |
| Van Essen Nursery Company 38846 River Drive Lebanon, OR 97355 | | | Possible claim/guaranty of business trade debt to Sid's Greenhouse & Garden Center, Inc. | | | | |
| NACM Oregon - Collection Services 7931 NE Halsey Suite 200 Portland, OR 97213 | | | | | | | |
| ACCOUNT NO. | | | | | X | | 6,672.69 |
| Van's Inc. 3730 W. 131st Street Alsip, IL 60803 | | | Possible claim of business trade debt (goods and services) to Sid's Greenhouse & Garden Center, Inc. | | | | |
| ACCOUNT NO. | | | | | X | | 3,399.21 |
| Walter Landscape Supply 2507 East 21st Street Des Moines, IA 50317 | | | Possible claim of business trade debt (goods and services) to Sid's Greenhouse & Garden Center, Inc. | | | | |

___32___  Continuation sheets attached

Sheet no. _30_ of _32_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ▸ |$        19,701.71

Total ▸ |$

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Philip Anthony Schaafsma** _____     Case No. _____
                                Debtor                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Walters Gardens, Inc.<br>1992 96th Avenue<br>Zeeland, MI 49464 | | | Possible claim of business trade debt (goods and services) to Sid's Greenhouse & Garden Center, Inc. | | X | | 3,171.29 |
| ACCOUNT NO.<br><br>Wandell's Nursery Inc.<br>1898 County Road 1700 N<br>Urbana, IL 61802-9802 | | | Possible claim of business trade debt (goods and services) to Sid's Greenhouse & Garden Center, Inc. | | X | | 3,385.00 |
| ACCOUNT NO.<br><br>Weeks Roses<br>30135 McCombs Road<br>Wasco, CA 93280 | | | Possible claim of business trade debt (goods and services) to Sid's Greenhouse & Garden Center, Inc. | | X | | Unknown |
| ACCOUNT NO.<br><br>Wenke Greenhouses<br>2525 North 30th Street<br>Kalamazoo, MI 49048 | | | Possible claim of business trade debt (goods and services) to Sid's Greenhouse & Garden Center, Inc. | | X | | 15,127.54 |
| ACCOUNT NO.<br><br>Westfield Insurance<br>1 Park Circle<br>Westfield, OH 44251 | | | Possible claim of business trade debt (health insurance/services) to Sid's Greenhouse & Garden Center, Inc. | | X | | 2,955.08 |

_32_  Continuation sheets attached

Sheet no. _31_ of _32_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ▸ $                                    24,638.91

Total ▸ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Philip Anthony Schaafsma**                                  Case No. _____
                        Debtor                                                      (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | X | | | 161.52 |
| **Wolf Business Forms, Inc.** **4714 W. 137th Street** **Crestwood, IL 60445** | | | **Possible claim of business trade debt (goods and services) to Sid's Greenhouse & Garden Center, Inc.** | | | | |

_32_   Continuation sheets attached

Sheet no. _32_ of _32_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤ | $ | 161.52

Total  ➤ | $ | 8,639,769.68

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6G (Official Form 6G) (12/07)

In re: <u>Philip Anthony Schaafsma</u>                    ,    Case No. _____
                          **Debtor**                                              **(If known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

B6H (Official Form 6H) (12/07)

In re: **Philip Anthony Schaafsma** _____,   Case No. _____
_____
Debtor                                                                                                        (if known)

# SCHEDULE H - CODEBTORS

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **William Schaafsma**<br>**12936 Winnebago Road**<br>**Palos Heights, IL 60463** | **The Private Bank**<br>**Attn: Mark Fecht**<br>**70 West Madison**<br>**Chicago, IL 60602** |

William Schaafsma
12936 Winnebago Road
Palos Heights, IL 60463

Unknown possible claims of creditors
of defunct corporations

B6I (Official Form 6I) (12/07)

In re   **Philip Anthony Schaafsma** _____   Case No. _____
_____
   Debtor                                                                    (If known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status:   **Married** | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S):  **Spouse** | AGE(S):  **59** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Unemployed** | |
| Name of Employer | | |
| How long employed | | |
| Address of Employer | | |

INCOME: (Estimate of average or projected monthly income at time
case filed)

| | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly.) | $ 0.00 | $ |
| 2. Estimate monthly overtime | $ 0.00 | $ |
| 3. SUBTOTAL | $ 0.00 | $ |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 0.00 | $ |
| b. Insurance | $ 0.00 | $ |
| c. Union dues | $ 0.00 | $ |
| d. Other (Specify) | $ 0.00 | $ |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ |
| 8. Income from real property | $ 0.00 | $ |
| 9. Interest and dividends | $ 0.00 | $ |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ |
| 11. Social security or other government assistance (Specify) | $ 0.00 | $ |
| 12. Pension or retirement income | $ 0.00 | $ |
| 13. Other monthly income (Specify) **Unemployment Compensation** | $ 840.00 | $ |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 840.00 | $ |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 840.00 | $ |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | **$ 840.00** | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document.:
**NONE**

B6J (Official Form 6J) (12/07)

In re **Philip Anthony Schaafsma** _____,   Case No. _____
                                        Debtor                              (If known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of
      expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,700.00 |
| a. Are real estate taxes included?   Yes _____   No ✓ | | |
| b. Is property insurance included?   Yes _____   No ✓ | | |
| 2. Utilities: a. Electricity and heating fuel | $ | 400.00 |
| b. Water and sewer | $ | 100.00 |
| c. Telephone | $ | 120.00 |
| d. Other _____ | $ | 0.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 375.00 |
| 4. Food | $ | 675.00 |
| 5. Clothing | $ | 140.00 |
| 6. Laundry and dry cleaning | $ | 50.00 |
| 7. Medical and dental expenses | $ | 400.00 |
| 8. Transportation (not including car payments) | $ | 275.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 200.00 |
| 10. Charitable contributions | $ | 500.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 178.00 |
| b. Life | $ | 75.00 |
| c. Health | $ | 0.00 |
| d. Auto | $ | 145.00 |
| e. Other _____ | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify)   **Real Estate Taxes (Cook County)** _____ | $ | 685.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 0.00 |
| b. Other _____ | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other _____ | $ | 0.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 6,018.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

| | | |
|---|---|---:|
| 20. STATEMENT OF MONTHLY NET INCOME | | |
| a. Average monthly income from Line 15 of Schedule I | $ | 840.00 |
| b. Average monthly expenses from Line 18 above | $ | 6,018.00 |
| c. Monthly net income (a. minus b.) | $ | -5,178.00 |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re **Philip Anthony Schaafsma** _____    Case No. _____
                          Debtor                                                          (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ **48** _____
sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____ *1-6-2012* _____           Signature: _____
                                                          **Philip Anthony Schaafsma**
                                                                        Debtor

[If joint case, both spouses must sign]

B7 (Official Form 7) (4/10)

## UNITED STATES BANKRUPTCY COURT
### Northern District of Illinois
### Eastern Division

In re:  **Philip Anthony Schaafsma** _____,          Case No. _____

_____          (If known)
Debtor

# STATEMENT OF FINANCIAL AFFAIRS

### 1.  Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| **67,530.19** | **Sid's Greenhouse**<br>**10926 Southwest Highway**<br>**Palos Hills, IL 60465** | **12/31/2009** |
| **64,477.58** | **Sid's Greenhouse**<br>**10926 Southwest Highway**<br>**Palos Hills, IL 60465** | **12/31/2010** |
| **55,130.00** | **Sid's Greenhouse**<br>**10926 Southwest Highway**<br>**Palos Hills, IL 60465**<br>**thru 8/13/2011** | **08/13/2011** |

### 2.  Income other than from employment or operation of business

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| **5,880.00** | **Illinois Department of Unemployment Security**<br>**(unemployment benefits from 8/21/11 - 11/30/11)** | **11/30/2011** |

2

### 3. Payments to creditors

*Complete a. or b., as appropriate, and c.*

None
☑

a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☑

b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

None
☑

c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

3

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Centurion, Inc. vs. Philip Schaafsma, Sr., ind. and d/b/a Sid's Greenhouses and Garden Center, Inc., a/k/a Sid's Greenhouse** 11-SC-5853 | **Breach of Contract - monies owed for goods and services (Judgment entered 12/8/11 in the amount of $702.54)** | **Circuit Court of 16th Judicial Circuit Kane County, Illinois** | **Judgment entered 12/8/11 ($702.54)** |
| **Prince Corporation vs. Philip Schaafsma, Sr.** 11-cv-471 (Code 30301) | **Breach of Contract** | **Circuit Court - Wood County, WI** | **Pending** |

None
☑

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 5. Repossessions, foreclosures and returns

None
☑

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 6. Assignments and receiverships

None
☑

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
☑

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND ADDRESS OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

4

## 7. Gifts

None ☐

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| **Children, grandchildren, et al** | **Children, grandchildren, et al** | 12/25/2010 | **$1,152.98 Miscellaneous Christmas gifts (from Macy's, Costco, et al) to children, grandchildren and others** |
| **Miscellaneous charities** | | 2010 | **$1,000 - miscellaneous charitable donations to various organizations throughout the year** |
| **Orland Park CRC** | | 2010 | **$9,340.00 (total charitable contributions to church throughout the year)** |

## 8. Losses

None ☑

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

## 9. Payments related to debt counseling or bankruptcy

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Tishler & Wald, Ltd. 200 S. Wacker Drive Suite 3000 Chicago, IL 60606** | | **3,000.00 for within bankruptcy plus 299.00 for court filing fees and costs** |

5

### 10. Other transfers

None
☐

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Baas Greenhouses** | 10/1/2011 | **Offset $17,500 Debtor's debt/loan to Baas Greenhouses by turning over/selling Debtor's 21% interest in BAAS GREENHOUSES, INC. - company no longer in business (defunct) - no funds received** |
| **See LIST attached hereto** | | **Miscellaneous expenses/costs advanced to business which were paid back to Debtor** |

None
☑

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **The Private Bank** | **Savings Account (#9120)** | **$0** **11/12/2011 - account closed; Debtor was on mother's (Bernice Oosterhoff) account only for signatory purposes** |
| **The Private Bank** | **Checking Account (#9106)** | **$0** **11/12/2011 - account closed; Debtor was on mother's (Bernice Oosterhoff) account only for signatory purposes** |

Sid's Owes us

Transaction - YTD

1/1/2011 Through 11/17/2011

| Date | Account | Num | Description | Memo | Category | Clr | Amount |
|------|---------|-----|-------------|------|----------|-----|--------|
| | | | BALANCE 12/31/2010 | | | | 224.74 |
| 1/18/2011 | Sid's Owes Us | | | Atlanta | [Marriott Card] | | 1,135.92 |
| 2/28/2011 | Sid's Owes Us | | Sid's Greenhous | loan | [HSA - Philip] | | 2,500.00 |
| 3/31/2011 | Sid's Owes Us | | Chase Card Services | | [Republic Money Mark | | 6,851.50 |
| 5/16/2011 | Sid's Owes Us | | Capital One | 3/31 Chase | [Capital One] | | -6,284.34 |
| 5/16/2011 | Sid's Owes Us | | Capital One | Atlanta | [Capital One] | | -1,135.92 |
| 5/16/2011 | Sid's Owes Us | | | H.S.A. | [Checking - The Privat | | -2,500.00 |
| 5/17/2011 | Sid's Owes Us | | | Misc see li | [Checking - The Privat | | -647.87 |
| 7/1/2011 | Sid's Owes Us | | | Sid's Reim | [Checking - The Privat | | -144.03 |
| | | | | | | | _____ |
| | | | BALANCE 11/17/2011 | | | | 0 |

6

### 12. Safe deposit boxes

None ☐

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|
| **The Private Bank** | **Phillip A. Schaafsma, Debtor William Schaafsma** | **Miscellaneous personal documents, ie. passport, etc.** | |

### 13. Setoffs

None ☐

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|
| **Baas Greenhouses 20143 S. 88th Avenue Mokena, IL 60448 Attn: Richard Baas (turnover of stocks to set off loan)** | 10/1/2011 | **17,500.00** |

### 14. Property held for another person

None ☑

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

### 15. Prior address of debtor

None ☑

If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

### 16. Spouses and Former Spouses

None ☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor 's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

## 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None
☑

a.   List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
☑

b.   List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
☑

c.   List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

## 18. Nature, location and name of business

None ☐
a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **1770 LT, LLC** | | **10926 S. Southwest Highway Palos Hills, IL 60465** | **Landscaping supplies & services (company defunct)** | **11/1/2005** <br> **11/1/2011** |
| **4125 LT, LLC** | | **10926 S. Southwest Highway Palos Hills, IL 60465** | **Landscaping supplies & services (company defunct)** | **11/1/2005** <br> **11/01/2011** |
| **BAAS Greenhouses, Inc.** | | **20143 S. 88th Avenue Mokena, IL 60448** | **Landscaping supplies & services (company defunct)** | **12/29/1983** <br> **10/1/2011** |
| **Sid's Greenhouse and Garden Center, Inc.** | | **10926 S. Southwest Highway Palos Hills, IL 60465** | **Landscaping supplies & services (company defunct)** | **7/31/1974** <br> **11/1/2011** |
| **Sid's Landscaping, Inc.** | | **10926 S. Southwest Highway Palos Hills, IL 60465** | **Landscaping supplies & services (company defunct)** | **6/14/1982** <br> **11/1/2011** |

None ☑
b.       Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                                          ADDRESS

## 19. Books, records and financial statements

None ☐
a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                          DATES SERVICES RENDERED

**Lambert Kamp, CPA**                                        **2008 to current**
**10741 Winterset Drive**
**Orland Park, IL 60467**

9

None ☑ b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|---------|-------------------------|

None ☑ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|

None ☐ d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|------------------|-------------|
| **FirstMerit Bank, N.A.** | **7/29/2010** |
| **The Private Bank** | **7/18/2011** |

## 20. Inventories

None ☑ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|-------------------|----------------------|-----------------------------------------------------------------|

None ☑ b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|-------------------|------------------------------------------------------|

## 21. Current Partners, Officers, Directors and Shareholders

None ☑ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|------------------|--------------------|------------------------|

None ☑ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|------------------|-------|------------------------------------------|

## 22. Former partners, officers, directors and shareholders

None ☑ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|------|---------|--------------------|

None ☑ b. If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|------------------|-------|---------------------|

### 23. Withdrawals from a partnership or distributions by a corporation

None ☑  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

### 24. Tax Consolidation Group.

None ☑  If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

### 25. Pension Funds.

None ☑  If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

\* \* \* \* \* \*

*[if completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date   *1-6-2012*                    Signature
                                     of Debtor
                                     **Philip Anthony Schaafsma**

B 8 (Official Form 8) (12/08)

## UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois
## Eastern Division

In re _____ **Philip Anthony Schaafsma** _____,    Case No. _____
                          Debtor                                                      Chapter 7

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** – Debts secured by property of the estate. *(Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)*

| Property No.  1 | |
|---|---|
| **Creditor's Name:**<br>**FirstMerit Bank, N.A.** | **Describe Property Securing Debt:**<br>**Single family residence located at 8797 Flint Lane Orland Park, IL 60462**<br><br>**(50% Beneficiary of trust under Chicago Title Land Trust Company, Trust Agreement #8589, dated 7/9/1985)** |

Property will be *(check one)*:
- ☐ Surrendered        ☑ Retained

If retaining the property, I intend to *(check at least one)*:
- ☐ Redeem the property
- ☑ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
- ☑ Claimed as exempt        ☐ Not claimed as exempt

**PART B** – Personal property subject to unexpired leases. *(All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)*

| Property No.  1 | | |
|---|---|---|
| **Lessor's Name:**<br>**None** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES        ☐ NO |

_____0_____  continuation sheets attached *(if any)*

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

B 8 (Official Form 8) (12/08)

Date: _1-6-2012_

**Philip Anthony Schaafsma**
Signature of Debtor

B 203
(12/94)

## UNITED STATES BANKRUPTCY COURT
### Northern District of Illinois
### Eastern Division

In re:  **Philip Anthony Schaafsma**

Case No. _____

Chapter  **7** _____

Debtor

# DISCLOSURE OF COMPENSATION OF ATTORNEY
# FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|  |  |  |
|---|---|---|
| For legal services, I have agreed to accept | $ | 3,000.00 |
| Prior to the filing of this statement I have received | $ | 3,000.00 |
| Balance Due | $ | 0.00* |

*plus a reasonable hourly rate
as needed and necessary

2. The source of compensation paid to me was:

☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:

☑ Debtor          ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a) Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b) Preparation and filing of any petition, schedules, statement of affairs, and plan which may be required;

c) Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

d) Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

e) [Other provisions as needed]
   **None**

6. By agreement with the debtor(s) the above disclosed fee does not include the following services:

**None**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  _1-6-2012_

Alexander D. Kerr, Jr., Bar No. 01460484

**Tishler & Wald, Ltd.**
Attorney for Debtor(s)